IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Misc. Case No. 06-MC-0076

FILED
UNITED STATES DISTRICT COURT
DENVER, COLO.

NOV 1 4 2006

LANGHAM
CLERK

In Re: Application for Exemption from the Electronic Public Access Fees by the Institute for the Advancement of the American Legal System

This matter is before the Court upon the application and request by **the Institute for the Advancement of the American Legal System** for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference of the United States Courts.

The Court finds that **the Institute for the Advancement of the American Legal System as researchers associated with an education institution and for a not for profit organization under section 501(c)(3)** falls within the class of users listed in the fee schedule as being eligible for a fee exemption. Additionally, **the Institute for the Advancement of the American Legal System** has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, **the Institute for the Advancement of the American Legal System** shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this court. They shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this court. Additionally, the following limitations apply:

1. this fee exemption applies only to **the Institute for the Advancement of the American Legal System** and is valid only for the purposes stated above;
2. this fee exemption applies only to the electronic case files of this court that are available through the PACER system;
3. by accepting this exemption, **the Institute for the Advancement of the American Legal System** agrees not to sell for profit any data obtained as a result of receiving this exemption;
4. this exemption is valid until **Dec. 31, 2007.**
5. This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center.

Dated this 13th day of November, 2006.

Chief Judge Lewis T. Babcock